UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES WILLIAM LANDRUM            CIVIL ACTION
(#227691)

VERSUS

JEFF LANDRY            NO. 19-00668-BAJ-EWD

## RULING AND ORDER

Before the Court is Petitioner's **Amended Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 3)**. The Petition is opposed. (Doc. 8).

On November 29, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 19, the "R&R")**, recommending that Petitioner's Petition is timely, but nonetheless fails on the merits, and, further, that the Court deny Petitioner a certificate of appealability (COA). The deadline to respond to the R&R has long passed, without any objection from Petitioner.

Upon de novo review, and having carefully considered Petitioner's Petition, the State's opposition, the state court record, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **Amended Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 3)** be and is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in the event Petitioner pursues an appeal in this case, a COA be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's Petition or the correctness of the Court's substantive rulings.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 12th day of January, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**